UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LARRY KLAYMAN,              )<br>                             )<br>     Plaintiff,             )<br>                             )<br>     v.                      )<br>                             )<br> HONORABLE COLLEEN           )<br> KOLLAR-KOTELLY, *et al.*    )<br>                             )<br>     Defendants.             )  | Civil Case No. 11-1775 (RJL) |

### ORDER AND FINAL JUDGMENT

For the reasons set forth in the Memorandum Opinion entered this date, it is this 25th day of September, 2012, hereby

**ORDERED** that the defendants' Motion to Dismiss [Dkt. #11] is **GRANTED**; it is further

**ORDERED** that plaintiff's Motion to Change Venue [Dkt. #6] is **DENIED AS MOOT**; and it is further

**ORDERED** that final judgment be entered in this case for the defendants.

**SO ORDERED.**

/s/ Richard J. Leon
RICHARD J. LEON
United States District Judge

1