UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LARRY KLAYMAN,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>HONORABLE COLLEEN<br>KOLLAR-KOTELLY, *et al.*<br><br>　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)  Civil Case No. 11-1775 (RJL)<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER AND FINAL JUDGMENT

For the reasons set forth in the Memorandum Opinion entered this date, it is this 25th day of September, 2012, hereby

**ORDERED** that the defendants' Motion to Dismiss [Dkt. #11] is **GRANTED**; it is further

**ORDERED** that plaintiff's Motion to Change Venue [Dkt. #6] is **DENIED AS MOOT**; and it is further

**ORDERED** that final judgment be entered in this case for the defendants.

**SO ORDERED**.

　　　　　　　　　　　　　　　　　　　　　　　　　　/s/ Richard J. Leon
　　　　　　　　　　　　　　　　　　　　　　　　　　RICHARD J. LEON
　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge