UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **LARRY KLAYMAN,** <br><br> Plaintiffs, <br><br> v. <br><br> **HONORABLE COLLEEN KOLLAR-KOTELLY, Et. Al,** <br><br> Defendant. | Civil Action No: 1:11-cv-01775 |

### PLAINTIFF'S EXPEDITED REPLY TO DEFENDANT'S OPPOSITION TO MOTION TO DISCLOSE

The bases of Plaintiff's Motion to Disclose Ex Parte Communications With Judge Kollar-Kotelly, Sentelle, et. al is plain and simple.

First, this court has a clear-cut conflict of interest in making any ruling other than transferring venue in this case given that nine judges of this district and circuit are involved in the complaint's allegations of committing and/or covering up the judicial misconduct of Judge Colleen Kollar-Kotelly.

Second, that this court effectively ignored Plaintiff's motion for change of venue and denied it at the same time that it dismissed the complaint with prejudice-- without any explanation as to why venue should not have been changed -- shows the inherent conflict of interest and the bias and prejudice at issue.

Third, the reason why Plaintiff moved the court to disgorge and disclose any ex parte communications with the judges of this district and circuit who are at issue in either committing

1

judicial misconduct or covering it up is obvious.  Plaintiff has a right to know what went on behind closed doors before this case was dismissed with prejudice, with this court having essentially ignored its meritorious request for change of venue.  Such ex parte communications are relevant and would bear on continuing judicial misconduct concerning the issues at bar.

Wherefore, plaintiff respectfully requests that this court immediately rule on the above motion and disclose any such documents (a sworn affidavit was also requested from this court), so that plaintiff will have all available evidence at his disposal to file a Rule 60 motion to set aside the order dismissing this case with prejudice before his time to appeal expires on October 26, 2012.  This is why Plaintiff requested expedited treatment of this motion.  Thus far, the court has not moved expeditiously.

Dated: October 19, 2012

                                        Respectfully submitted,

                                         /s/ *Larry Klayman*
                                        Larry Klayman, Esq.
                                        D.C. Bar No. 334581
                                        Klayman Law Firm
                                        2020 Pennsylvania Ave. NW, Suite 345
                                        Washington, DC 20006
                                        Tel: (310) 595-0800
                                        Email: leklayman@gmail.com